949 A.2d 197

IN THE MATTER OF DORA RAQUEL GARCIA,
AN ATTORNEY AT LAW.

January 12, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–416, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **DORA RAQUEL GARCIA** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of fifteen months based on discipline imposed in the Commonwealth of Pennsylvania for conduct in New Jersey that violates *RPC* 3.1 (frivolous claim), *RPC* 3.3 (candor toward tribunal), *RPC* 5.5(a)(2) (assisting in the unauthorized practice of law), *RPC* 7.1 (false and misleading communication), *RPC* 7.5(a) (misleading firm name or letterhead), *RPC* 8.2(a) (making a statement known to be false or with reckless disregard as to its truth or falsity concerning the qualifications of a judge), *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the suspension should be retroactive to the effective date of respondent's Pennsylvania suspension and that respondent should not be reinstated in New Jersey until she is reinstated in Pennsylvania;

And good cause appearing;

It is ORDERED that **DORA RAQUEL GARCIA** is suspended from the practice of law for a period of fifteen months and until the further Order of the Court, retroactive to November 24, 2007; and it is further

ORDERED that respondent shall not be reinstated in New Jersey until she is reinstated in Pennsylvania; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys;  and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance;  (2) be found to constitute a violation of *RFC* 8.1(b) and *RPC* 8.4(c);  and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.